**Michael Owen DEVAUGHN,
Plaintiff-Appellant,**

v.

**Darren MANNION; et al., Defendants-
Appellees.**

**No. 15-56723**

United States Court of Appeals,
Ninth Circuit.

Submitted February 13, 2018 *

Filed February 23, 2018

Michael Owen DeVaughn, Pro Se

Before: LEAVY, FERNANDEZ, and
MURGUIA, Circuit Judges.

MEMORANDUM **

California state prisoner Michael Owen DeVaughn appeals pro se from the district court's order in his 42 U.S.C. § 1983 action revoking his application to proceed in forma pauperis as a sanction under Federal Rule of Civil Procedure 11. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion. *Islamic Shura Council of S. Cal. v. FBI*, 757 F.3d 870, 872 (9th Cir. 2014). We affirm.

The district court did not abuse its discretion by revoking DeVaughn's motion to proceed in forma pauperis as a sanction under Rule 11 because DeVaughn's com-

plaint misrepresented his prior federal litigation history. *See Warren v. Guelker*, 29 F.3d 1386, 1389-90 (9th Cir. 1994) (a pro se prisoner's misrepresentation about previous lawsuits may justify sanctions under Rule 11).

We do not consider issues or arguments not specifically and distinctly raised and argued in the opening brief. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

